DARLENE C. VIGIL
State Bar No. 223442
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(972) 661-7726 - Fax
File No. 5964044
cdcaecf@bdfgroup.com

Attorneys for Secured Creditor
WELLS FARGO BANK, N.A.

**FILED & ENTERED**

MAY 26 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SARA AURA MENJIVAR,<br><br><br>Debtor. | CASE NO.: 2:16-bk-13222-SK<br>CHAPTER: 13<br><br>ORDER SUSTAINING IN PART AND OVERRULING IN PART DEBTOR SARA AURA MENJIVAR's OBJECTION TO WELLS FARGO BANK, N.A.'s PROOF OF CLAIM #2<br><br>Hearing:<br>DATE:   May 11, 2017<br>TIME:   9:00 a.m.<br>CTRM:   1575 |

The objection of Debtor SARA AURA MENJIVAR ("Debtor") to WELLS FARGO BANK, N.A.'s Proof of Claim #2 came on regularly for hearing by the Court on the date, time and place set

forth above, the HONORABLE SANDRA R. KLEIN, United States Bankruptcy Judge Presiding. All appearances were noted on the record. For the reasons set forth on the record at the hearing,

IT IS HEREBY ORDERED that the objection is SUSTAINED in part and that $7,129.81 from the $566,896.77 principal balance of Wells Fargo Bank, N.A.'s Proof of Claim #2 is disallowed.

IT IS HEREBY ORDERED that the objection is otherwise overruled and Wells Fargo's Proof of Claim #2 is allowed as follows:

| | |
|---|---|
| Principal Balance: | $559,766.96 |
| Interest due: | $129,467.64 |
| Fees, costs due: | $473.75 |
| Escrow deficiency for funds advanced: | $27,139.12 |
| Other: | 0.00 |
| Less total funds on hand: | $1,391.97 |
| Total debt: | $715,455.70 |

IT IS HEREBY ORDERED that the total prepetition arrearage of $212,139.92 identified on Wells Fargo Bank, N.A.'s Proof of Claim #2 is allowed..

###

Date: May 26, 2017

Sandra R. Klein
United States Bankruptcy Judge

2
ORDER